THIRD DEPARTMENT, JANUARY, 1955.

(January 12, 1955.)

EILEEN BOMBARD, as Administratrix of the Estate of BERNARD BOMBARD, Deceased, Appellant, v. STATE OF NEW YORK, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Imrie and Zeller, JJ.